# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **KINGDOM GROUP INVESTMENTS, INC.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil No. 4:20-cv-00121-ALM-CAN |
| **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,** | § § § § | |
| *Defendant.* | § § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Plaintiff, KINGDOM GROUP INVESTMENTS, INC., and JPMORGAN CHASE BANK, NATIONAL ASSOCIATION to file this Notice of Dismissal under Rule 41(a), Fed. R. Civ. P. The parties agree that all costs of court and attorney's fees incurred shall be borne by the party incurring the same.

By:  /s/Kenneth S. Harter
Kenneth S. Harter
State Bar No. 09155300
Law Offices of Kenneth S. Harter
5080 Spectrum Drive, Suite 1000-E
Addison, Texas 75001
(972) 752-1928
(214) 206-1491 Fax
ken@kenharter.com

**ATTORNEYS FOR PLAINTIFF**
**KINGDOM GROUP INVESTMENTS, INC.**

|  |  |
|---|---|
| By: | /s/ *Shelley L. Hopkins* |
|  | Shelley L. Hopkins |
|  | State Bar No. 24036497 |
|  | HOPKINS LAW, PLLC |
|  | 3809 Juniper Trace, Suite 101 |
|  | Austin, Texas 78738 |
|  | (512) 600-4320 |
|  | BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP - *Of Counsel* |
|  | ShelleyH@bdfgroup.com |
|  | shelley@hopkinslawtexas.com |